IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JULIE A. HUGGINS, ) <br> ) <br> Defendant. ) | 1:22CR00106MTS-ACL <br><br> No. <br> Title 18 U.S.C. § 1709 |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about between the dates of October 24, 2021, and November 3, 2021, in Butler County, within the Southeastern Division of the Eastern District of Missouri,

**JULIE A. HUGGINS,**

the defendant herein, a United States Postal Service employee, did knowingly steal and remove from letters and mail, and any article and thing contained therein, which had been entrusted to her, and had come into her possession in her position with the Postal Service, and which were intended to be conveyed by mail, and carried and delivered by any carrier, agent, and other person employed in any department of the Postal Service, and she took and removed the contents of the letters, being rebate sales receipts and rebate submissions from Menards, with the intent to convert them to her own use.

In violation of Title 18, United States Code, Section 1709.

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about between the dates of November 21 and December 1, 2021, in Butler County, within the Southeastern Division of the Eastern District of Missouri,

**JULIE A. HUGGINS,**

the defendant herein, a United States Postal Service employee, did knowingly steal and remove from letters and mail, and any article and thing contained therein, which had been entrusted to her, and had come into her possession in her position with the Postal Service, and which were intended to be conveyed by mail, and carried and delivered by any carrier, agent, and other person employed in any department of the Postal Service, and she took and removed the contents of the letters, being rebate sales receipts and rebate submissions from Menards, with the intent to convert them to her own use.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY